**David Lee GARNER, Appellant**

v.

**SUPREME COURT OF the UNITED STATES, et al., Appellees.**

**No. 13–5120.**

United States Court of Appeals, District of Columbia Circuit.

Nov. 4, 2013.

David Lee Garner, United States Penitentiary, Lewisburg, PA, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellees.

BEFORE: HENDERSON and KAVANAUGH, Circuit Judges; GINSBURG, Senior Circuit Judge.

***JUDGMENT***

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the order of the district court filed April 10, 2013, be affirmed. The district court did not abuse its discretion in dismissing the action under Fed.R.Civ.P. 8(a). *See Ciralsky v. CIA*, 355 F.3d 661, 668–69 (D.C.Cir. 2004). Appellant's allegations appear to arise from his current incarceration, but fail to contain a "short and plain statement of the claim showing the pleader is entitled to relief, in order to give the defendant[s] fair notice of what the ... claim is and the

**10**

grounds upon which it rests." *Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 555, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007) (internal quotation marks omitted); *see also Ashcroft v. Iqbal,* 556 U.S. 662, 667–68, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.